**Charles Isaac WILSON, Jr.,**
**Plaintiff–Appellant**

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

Does, All other inmates similarly situated, Plaintiff

v.

**ARKANSAS DEPARTMENT OF CORRECTION, Defendant**

Wendy Kelley,[1] Director, Arkansas Department of Corrections; State Fire Marshall, Defendants–Appellees

State of Arkansas, Defendant.

No. 15–1003.

United States Court of Appeals, Eighth Circuit.

Submitted: April 13, 2015.

Filed: April 23, 2015.

Charles Isaac Wilson, Jr., Grady, AR, pro se.

Charles Lyford, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Arkansas inmate Charles Wilson brought an action claiming that conditions at the Cummins Unit of the Arkansas Department of Correction did not comply with relevant safety standards. The district court[2] denied preliminary injunctive relief, and this interlocutory appeal followed. After careful review of the record, we conclude that the district court did not abuse its discretion, for the reasons discussed by the court in its opinion. *See Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 113 (8th Cir.1981). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. ·Wendy Kelley has been appointed to serve as Director of the Arkansas Department of Correction, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.